UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CASE NO. 11-CR-20551

v.        Hon. Robert H. Cleland

D-53 NATHAN REED,

        Defendant.

_____/

## CONSENT ORDER SETTING SENTENCING AND DEADLINE DATES AND IMPOSING OTHER RESPONSIBILITIES

IT IS ORDERED as follows:

1. That the sentencing in this matter be rescheduled until **March 6, 2015 at 10:00 a.m.**
2. Not later than **February 20, 2015,** any request by *either party* for a departure or variance from the Guidelines range must be presented in the form of a motion with a supporting brief.
3. Not later than **SEVEN DAYS before sentencing,** any opposition to the other party's motion for departure or variance motion must be filed.
4. That all other provisions of this Honorable Court's June 23, 2014 Order remain in full force and effect.

| | |
|---|---|
| /s/ Terrance R. Haugabook | /s/ Loren M. Dickstein |
| TERRANCE R. HAUGABOOK (P 44554) | LOREN M. DICKSTEIN  (P 53508) |
| Assistant United States Attorney | Attorney for Defendant |
| 211 West Fort Street, Suite 2300 | 2000 Town Center, Suite 2350 |
| Detroit, Michigan  48226 | Southfield, Michigan  48075 |
| (313) 226-9197 | (248) 263-6800 |
| Dated:  January 28, 2015 | Dated:  January 28, 2015 |

**IT IS SO ORDERED**.

        s/Robert H. Cleland
        HON. ROBERT H. CLELAND
        United States District Court Judge

Dated: February 5, 2015